**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Emmanuel Dewayne REED, a.k.a. Buck, Defendant–Appellant.**

**No. 06–11427**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 3, 2007.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Emmanuel Dewayne Reed in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

---

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Reed's conviction and sentence are **AFFIRMED.**